## UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF INDIANA
## HAMMOND DIVISION

| | | |
|---|---|---|
| RATNER STEEL SUPPLY CO., | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | Case No.: 1:16-cv-00409-RL-SLC |
| | ) | |
| RUNNING COOL EXPRESS LLC and | ) | |
| JENNIFER NEWSUM, | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |
| | ) | |
| RUNNING COOL EXPRESS LLC, | ) | |
| | ) | |
| Cross-Plaintiff, | ) | |
| | ) | |
| vs. | ) | |
| | ) | |
| JENNIFER NEWSUM, | ) | |
| | ) | |
| Cross-Defendant. | ) | |

## JOINT STIPULATION OF DISMISSAL

IT IS HEREBY STIPULATED AND AGREED, by and between the parties, Ratner Steel Supply Co. and Running Cool Express, LLC, that this action shall be dismissed with prejudice pursuant to Rule 41 (a)(1)(A)(ii) of the Federal Rules of Civil Procedure, with each party to bear its own costs and fees.


Dated this 20th day of October, 2017.

FOR THE PLAINTIFF:

**PARKER DANIELS KIBORT**

/s/Anthony G. Edwards
Anthony G. Edwards, Esq. #MN 342555
888 Colwell Building
123 North Third Street
Minneapolis, MN 55401
Telephone: (612)355-4100
Fax: (612)355-4101
E-mail:  edwards@parkerdk.com
ATTORNEY FOR PLAINTIFF,
RATNER STEEL SUPPLY CO.

FOR THE DEFENDANT:

**BAUER LEGAL LLC**

/s/Diana C. Bauer
Diana C. Bauer, Esq. #11906-64
429 E. Dupont Road, #175
Fort Wayne, IN  46825
Telephone: (260) 414-5582
Fax: (260) 485-7003
E-mail: dianabauerlegal@gmail.com
ATTORNEY FOR DEFENDANT,
RUNNING COOL EXPRESS LLC